ROBERT ABBOTT
v.
JOHN HOFFMAN

1810

### JOURNAL ENTRIES

1. Bill of complaint filed . . . . . . . . . *Journal, infra,* \*p. 336
2. Continuance . . . . . . . . . . . . " 395

### PAPERS IN FILE
[None]

IN THE MATTER OF GABRIEL GODFROY, JR.,
AN ABSENT GRAND JUROR

1811

### JOURNAL ENTRIES

1. Order for citation . . . . . . . . . *Journal, infra,* \*p. 343

### PAPERS IN FILE
[None]